**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 15, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00381-CV

---

### IN RE ALI CHOUDHRI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197**

---

## MEMORANDUM OPINION

On June 1, 2020, relator Ali Choudhri filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to vacate the trial court's May 14, 2020 partial judgment.

Relator claims the partial judgment impermissibly goes beyond the scope of the mandate in a prior appeal. Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Zimmerer.